**Exhibit A to the Complaint**

**Location:** Bristol, CT  **IP Address:** 71.234.109.137
**Total Works Infringed:** 25  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 11/18/2018 19:55:02 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 2 | 05630C4F1CAF8C6F5C8FE08C143E13D4B2D25632 | Blacked | 10/20/2018 00:00:30 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 3 | 05FFE1F0E19ADB99645D2B5D3BC699DB76D34BCB | Blacked | 10/13/2018 17:41:32 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 4 | 07A2DD349EEB9031394043FB98C4B2C672A2EE28 | Blacked Raw | 11/13/2018 23:39:44 | 11/13/2018 | 12/09/2018 | 17210230923 |
| 5 | 1D8C99B00AD138010A90E2C90CAF50FD026C7A08 | Blacked | 10/18/2018 21:56:16 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 6 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | Blacked Raw | 11/18/2018 19:45:44 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 7 | 20E3AC98E4332C5BEF65E86AD03B684F5FE43F16 | Blacked Raw | 10/13/2018 18:02:36 | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 8 | 22B4C9D463389ADD0312450F0DDAA5E4E6ABC642 | Blacked Raw | 10/19/2018 22:58:57 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 9 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | Blacked | 11/18/2018 19:39:15 | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 10 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 08/11/2018 23:44:59 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 11 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 08/11/2018 23:33:48 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 12 | 3A537EE9DB3C9D1CC034969BB99F0D20491724A2 | Blacked Raw | 06/17/2018 16:05:00 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 13 | 3A5C2DBF4856EEEAADADD006FD28DFFF9FECDEFD | Blacked Raw | 11/18/2018 23:30:28 | 11/18/2018 | 12/09/2018 | 17210230873 |
| 14 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | Blacked Raw | 06/17/2018 15:26:57 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 15 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | Blacked Raw | 10/27/2018 16:53:29 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 16 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 08/11/2018 21:27:28 | 06/24/2018 | 07/26/2018 | PA0002112154 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | Blacked Raw | 10/05/2018 00:47:34 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 18 | A280A50DB302CE517440FBCA518F88D5EE193649 | Blacked | 07/24/2018 20:25:23 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 19 | A5E505EFBC4DBA0B9AFD15CD2DD8D6285BF834B8 | Blacked Raw | 10/12/2018 23:52:56 | 09/19/2018 | 11/01/2018 | 17093752155 |
| 20 | C544776CAFBF9E76CEC0121398BE587B31AB0D06 | Blacked Raw | 10/28/2018 16:19:19 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 21 | C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D | Tushy | 08/11/2018 21:44:01 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 22 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | Blacked Raw | 08/11/2018 21:14:18 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 23 | DB9255A86B3E7A09D553661BE9F61251E1D7AF6F | Blacked | 10/05/2018 23:35:06 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 24 | ED47A8A88578C1098F6695A01C4D0C15729D6817 | Blacked Raw | 08/16/2018 20:52:03 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 25 | F679391ED7AA38CC22B99756D9BFE6FE26F96FCA | Blacked Raw | 08/18/2018 00:11:34 | 04/27/2018 | 05/24/2018 | PA0002101367 |